IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LARRY G. WASHINGTON, I,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-01025-O-BP |
| | § | |
| **UNITED STATES OF AMERICA and FBOP,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that pursuant to Fed. R. Civ. P 4(m), Plaintiff's claims against Defendants United States of America and FBOP are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **18th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE